

1  McGREGOR W. SCOTT
   United States Attorney
2  LAURA WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America

**SEALED**

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00081 LJO SKO |
   |---|---|
12 | Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
13 | v. | |
14 | ANGELA MILTON, | |
15 | Defendant. | |

16

17

18       The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20  on April 12, 2018, charging the above defendant with a violation of 26 U.S.C. § 7206(2) –

21  Aiding And Assisting In The Preparation And Presentation Of A False And Fraudulent

22  Tax Return (7 Counts), be kept secret until the defendant named in this Indictment is

23  either in custody or has been given bail on these offenses; and further order that until

24  such time as the defendant is in custody or has been given bail, that no person shall

25  disclose the finding of the Indictment or any warrant issued pursuant thereto, except

26  ///

27  ///

28  ///

1 | when necessary for the issuance and execution of the warrant.

2 | DATED: April 12, 2018          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ Laura Withers
LAURA WITHERS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 12, 2018

~~BARBARA A. McAULIFFE~~ STANLEY A. Boone
U.S. Magistrate Judge

Motion to Seal Indictment                         2