IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELA MILTON, <br><br> Defendant. | CASE NO. 1:18-CR-00081-LJO-SKO <br><br> ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on April 12, 2018 be unsealed and become public record.

DATED: 7/18/2018

Honorable STANLEY A. BOONE
U.S. MAGISTRATE JUDGE