UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 18, 2018

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,           )
                                    )       Case No. 1:18CR00081-LJO
            Plaintiff,              )
                                    )       ORDER FOR RELEASE OF
v.                                  )       PERSON IN CUSTODY
                                    )
ANGELA MILTON,                      )
                                    )
            Defendant.              )

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release __ANGELA MILTON__ , Case No.

1:18CR00081-LJO , Charge _26USC § 7206(2)_ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

        __    Release on Personal Recognizance

        __    Bail Posted in the Sum of $_____

            __    Unsecured Appearance Bond $_____

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)        Pretrial conditions as stated on the record.

    This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

    Issued at _Sacramento, CA_ on _July 18, 2018_ at _2:00 pm_ .


                                    By  /s/ Allison Claire/s/ Allison Claire
                                        Allison Claire
                                        United States Magistrate Judge

Copy 2 - Court