HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANGELA MILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00081-LJO-SKO-1 |
| Plaintiff, | REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER |
| vs. | |
| ANGELA MILTON, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Angela Milton, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at all non-substantive proceedings. Ms. Milton agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2018                    /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ANGELA MILTON

**O R D E R**

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3),

defendant's appearance is waived at all non-substantive pretrial proceedings until further order of

the Court.

IT IS SO ORDERED.

Dated:   **July 27, 2018**                    /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE