| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>ERIN SNIDER, #304781<br>Assistant Federal Defender<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721<br>Telephone: (559) 487-5561<br>Fax: (559) 487-5950<br><br>Attorney for Defendant<br>ANGELA MILTON | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELA MILTON,<br><br>Defendant. | Case No. 1:18-cr-00081-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER<br><br>DATE: April 29, 2019<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Angela Milton, that the status conference scheduled for February 19, 2019, at 1:00 p.m. be continued to April 29, 2019, at 1:00 p.m.

Ms. Milton made her initial appearance in this case in Sacramento on July 18, 2018. At that time, the Court scheduled the first status conference for August 6, 2018. Defense counsel received initial discovery—totaling 9,080 pages—on August 1, 2018. At the first status conference, the parties agreed to a second status conference on October 29, 2018, to permit defense counsel to review the voluminous discovery. At the second status conference, defense counsel reported that she was still in the process of reviewing discovery and the parties requested a third status conference on February 19, 2019.

The parties now seek a continuance of the third status conference. The parties are

beginning plea negotiations and require additional time to determine whether a resolution is possible. The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through April 29, 2019, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to engage in plea negotiations and for the defense to continue its investigation and preparation.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 4, 2019                  */s/ Laura Withers*
                                        LAURA WITHERS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 4, 2019                  */s/ Erin Snider*
                                        ERIN SNIDER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        ANGELA MILTON

## **O R D E R**

Pursuant to the parties' Stipulation, the status conference hearing presently set for February 19, 2019, at 1:00 p.m. is hereby continued to April 29, 2019, at 1:00 p.m. The Court finds that there is good cause for the continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Time is therefore excluded through April 29, 2019 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court notes that this case has been pending since April 2018. To move this case

//

//

forward, the parties shall be prepared to select a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated: **February 5, 2019**                    /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE

Milton: Stipulation and Order