| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorney for Defendant |
| | ANGELA MILTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00081-NONE |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE; ORDER |
| vs. | |
| ANGELA MILTON, | DATE: August 18, 2020 |
| | TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Angela Milton, that the trial scheduled to begin on March 10, 2020 at 8:30 a.m. be continued to August 18, 2020 at 8:30 a.m.

Ms. Milton's previous counsel, Assistant Federal Defender Erin Snider, represented Ms. Milton from the time of her initial appearance on July 18, 2018 until Ms. Snider's relocation out of district at the end of 2019. The case was then reassigned to new counsel, Assistant Federal Defender Megan T. Hopkins, who presently represents Ms. Milton in this matter. Defense counsel has been diligently reviewing the more than 9,000 pages of discovery produced by the government at the outset of this case, however additional time is required in order to complete the review of discovery, identify any necessary investigative measures not yet undertaken, and evaluate the need for expert testimony at trial.

Additionally, the parties have been engaged in plea negotiations and are making earnest efforts to resolve this matter prior to trial. The additional time provided for by the stipulated continuance would permit the parties additional time to work toward a resolution without expending time and resources preparing for trial. The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through August 18, 2020, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is necessary to permit time for the parties to finalize plea negotiations and for the defense to continue its investigation and preparation for trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: February 10, 2020

*/s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 10, 2020

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ANGELA MILTON

**O R D E R**

**IT IS HEREBY ORDERED** that the trial scheduled for March 10, 2020, at 8:30 a.m. is continued to August 18, 2020, at 8:30 a.m. The Court finds that there is good cause for the continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Time is therefore excluded through August 18, 2020 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 11, 2020**     _____
UNITED STATES DISTRICT JUDGE