HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
ANGELA MILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ANGELA MILTON,<br><br>          Defendant. | Case No.  1:18-cr-00081-NONE<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Sheila K. Oberto |

  IT IS HEREBY STIPULATED by and between The Unites States of America, by and through its attorney of record, Assistant United States Attorney Laura Withers, and defendant ANGELA MILTON, by and through her attorney of record, Assistant Federal Defender Megan T. Hopkins, that a condition be added to Ms. Milton's conditions of pretrial release to permit her to attend outpatient mental health counselling, as directed by pretrial services.

  Ms. Milton suffers from depression, which has been exacerbated in recent months due to the stress of the pandemic, her youngest son being shot and undergoing a challenging physical and emotional recovery, and her older son being repeatedly hospitalized and needing her full-time care.  The proposed modification to allow Ms. Milton to participate in outpatient mental health counselling will provide Ms. Milton with additional support needed to help manage these stressors and maintain her own mental well-being.  The assigned pretrial officer has spoken with Ms. Milton and agrees with the requested modification.

Ms. Milton is in compliance with all other conditions of pretrial release. The parties agree that the proposed modification is appropriate in light of the forgoing. A hearing is not requested in light of the parties' agreement.

**CONCLUSION**

Given that Ms. Milton is experiencing heightened stressors and would benefit from outpatient mental health counselling, the parties request that the Court modify her conditions of release to include that she participate in outpatient mental health counselling, as directed by pretrial services.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 11, 2021        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
ANGELA MILTON


MCGREGOR SCOTT
United States Attorney

DATED:  January 11, 2021        */s/ Laura Withers*
LAURA WITHERS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Angela Milton, be Amended such that she is ordered to participate in outpatient mental health counselling, as directed by pretrial services. All other conditions of pretrial release shall remain in force.

IT IS SO ORDERED.

Dated:  **January 11, 2021**           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE