| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar No. 122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA Bar No. 294141 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ANGELA MILTON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00081-NONE-SKO |
| Plaintiff, | **STIPULATION TO VACATE TRIAL DATE, SET STATUS CONFERENCE IN 60 DAYS AND FOR EXCLUSION OF TIME; ORDER** |
| vs. | |
| ANGELA MILTON, | Date: June 11, 2021 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the trial currently scheduled to begin on June 1, 2021, at 8:30 a.m. be vacated, and that a status conference be scheduled for June 11, 2021 at 9:30 a.m. before the Honorable Dale A. Drozd, United States District Judge.

The foregoing is requested in order to accommodate the Court's unavailability for trial at this time, due to ongoing COVID-19 health and safety concerns, and to permit defense counsel sufficient time to conduct and conclude defense investigation, which has been hampered due to restrictions put in place during the pandemic, prior to trial.

The government has re-extended a plea offer to Ms. Milton, which will require defense counsel and Ms. Milton to arrange to meet to review the terms of the offer and sufficient time for the defense to suggest any necessary adjustments to the written plea agreement prior to execution. If a plea agreement is finalized, Ms. Milton will proceed with a change of plea on

June 11, 2021. If the parties cannot resolve the matter, the parties will discuss a mutually convenient trial date and treat the June 11, 2021 hearing as a trial setting conference.

Based on the foregoing the parties agree that the ends of justice served by resetting the trial date outweigh the best interest of the public and the defendant in a speedy trial. Therefore the parties agree that time through June 11, 2021, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 6, 2021                 /s/ Megan T. Hopkins
                                    MEGAN T. HOPKINS
                                    MEGHAN McLAUGHLIN
                                    Assistant Federal Defenders
                                    Attorneys for Defendant
                                    ANGELA MILTON


PHILLIP A. TALBERT
Acting United States Attorney

Date: April 6, 2021                 /s/ Laura Withers
                                    LAURA WITHERS
                                    Assistant United States Attorney

# **O R D E R**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the trial currently set for **June 1, 2021** is **VACATED** and a further change of plea hearing/trial setting conference is set for **June 11, 2021 at 9:30 a.m.** For the reasons set forth above, time shall be excluded through June 11, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:   **April 6, 2021**                               /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE