HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
ANGELA MILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00081-NONE |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| ANGELA MILTON, | DATE:   November 19, 2021 |
| Defendant. | TIME:     8:30 a.m. |
| | JUDGE: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective

counsel, Assistant United States Attorney Laura Withers, counsel for plaintiff, and Assistant

Federal Defenders Megan T. Hopkins and Meghan McLoughlin, counsel for defendant Angela

Milton, that the sentencing hearing scheduled for September 3, 2021 at 8:30 a.m. be continued to

November 19, 2021 at 8:30 a.m.

Ms. Milton was recently hospitalized in the intensive care unit following a severe allergic

reaction, from which she is still recovering.  Her emergency medical situation has delayed the

presentence investigation, and additional time is needed for the PSR interview and draft report.

The parties and the probation officer believer that a continuance to November 19, 2021 will

provide sufficient time for the completion of the presentence process, and ask that the

presentence schedule be reset with new deadlines based upon the November 19 sentencing date,

as follows:

1    Draft Presentence Report Disclosure: October 1, 2021

2    Informal Objections: October 15, 2021

3    Final Presentence Report: October 22, 2021

4    Formal Objections to Presentence Report: November 5, 2021

5    Replies: November 12, 2021

6    Sentencing Hearing: November 19, 2021 at 8:30 a.m.

7

8

9                                          Respectfully submitted,
                                           PHILLIP A. TALBERT
10                                         Acting United States Attorney

11

12   Date: July 22, 2021                   */s/ Laura Withers*_____
                                           LAURA WITHERS
13                                         Assistant United States Attorney
                                           Attorney for Plaintiff
14
                                           HEATHER E. WILLIAMS
15                                         Federal Defender

16

17   Date: July 22, 2021                   */s/ Megan T. Hopkins*_____
                                           MEGAN T. HOPKINS
18                                         MEGHAN MCLOUGHLIN
                                           Assistant Federal Defenders
19                                         Attorneys for Defendant
                                           ANGELA MILTON
20

21

22

23

24

25

26

27

28

Milton: Stipulation to Continue Sentencing
and Proposed Order

1

<u>**O R D E R**</u>

2

    **IT IS HEREBY ORDERED** that the sentencing hearing scheduled for September 3,

3

2021, at 8:30 a.m. is continued to November 19, 2021, at 8:30 a.m.  The Court finds that there is

4

good cause for the continuance.  This Court further adopts the proposed presentence schedule as

5

set forth herein.

6

7

IT IS SO ORDERED.

8

    Dated:   __**July 22, 2021**__                    _____

9

                                      UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Milton: Stipulation to Continue Sentencing
and Proposed Order

3